# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE WHITLOCK | ) NO. CV08-01197-RGK (MANx) |
|        *Plaintiff,* | ) **[~~PROPOSED~~] JUDGMENT** |
|   v. | ) |
| CITY OF LOS ANGELES, et al., | ) |
|        *Defendants.* | ) |
| _____ | ) |

On March 31, 2009, the foregoing matter was called for trial in Courtroom 850 of the United States District Court. The parties answered ready for trial. On March 31, 2009 a panel of jurors was called and sworn.

Evidence was presented on March 31, 2009, April 1, 2009, and April 2, 2009. The parties rested.

The parties proceeded to argue their cases and the jury was instructed. The case was submitted to the jury on April 3, 2009.

On April 3, 2009, the unanimous jury returned a verdict as follows:

"WE, THE JURY in the above captioned matter find as follows:

No liability on the part of each of the defendants.

Signed by the presiding juror this 3rd day of April, 2009.

1   After the verdict was read, each juror was polled.  Each and every juror confirmed
2   their verdict in favor of the defendants.  The verdict was recorded.
3   Judgment is entered in favor of SCOTT BLACKMAN, JOSE DELGADO,
4   MICHAEL FERNANDEZ, MARK HAMER, JASON JACOBSON, DANNY
5   MENDEZ, and JEFFREY VON LUTZOW.
6   As the Defendants are the prevailing party, they shall be entitled to recover their
7   costs reasonably incurred in defense of this action as allowed by the Federal Rules of
8   Civil Procedure and Local Rules.

10  DATED: April 8, 2009    _____
                             Honorable R. Gary Klausner
11                           United States District Judge

20  Submitted by:
21  ROCKARD J. DELGADILLO, City Attorney
    MICHAEL L. CLAESSENS, Senior Assistant City Attorney
22  CORY M. BRENTE, Supervising Assistant City Attorney
    GEOFFREY PLOWDEN, Deputy City Attorney
23

24  By:_____
            GEOFFREY PLOWDEN,
25          Deputy City Attorney

26  *Attorneys for Defendants* SCOTT BLACKMAN,
    JOSE DELGADO, MICHAEL FERNANDEZ,
27  MARK HAMER, JASON JACOBSON,
    DANNY MENDEZ, and JEFFREY VON LUTZOW
28

2